IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Quintero, George

Printed: 11/11/08

Case Number: 08 B 02417
Judge: Wedoff, Eugene R
Filed: 2/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,853.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 2,853.00 |
| Totals: | 2,853.00 | 2,853.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Second Federal Savings | Secured | 0.00 | 0.00 |
| 2. | Second Federal Savings | Secured | 24,000.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 4,225.22 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 32.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 309.26 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 611.91 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 19.42 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 510.47 | 0.00 |
| 9. | America's Servicing Co | Secured |  | No Claim Filed |
| 10. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Menards | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,708.28 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Quintero, George | Case Number:  08 B 02417 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/11/08 | Filed:  2/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

